IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| RAJINDER GANDHI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | No. 23-277 |
| Acting Commissioner of Social Security, | : | |
| Defendant, | : | |
| | : | |

**ORDER**

**AND NOW,** this 2nd day of January, 2024, upon consideration of the Defendant's Motion to Dismiss (ECF No. 15), and Plaintiff Rajinder Gandhi's *pro se* responses (ECF Nos. 17, 20, 21, 23), it is hereby **ORDERED as follows:**

1. The Defendant's motion to dismiss (ECF No. 15) is **GRANTED.**

2. This matter is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

3. Judgment will be entered by a separate order filed contemporaneously with this order.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

 *s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge